STEVEN M. MCQUILLAN (SBN 107339)
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone:   (559) 448-0400
Facsimile:
(559) 448-0123

Attorneys for Defendant, Combined Benefits Administrators

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO,<br><br>Plaintiff,<br><br>vs.<br><br>COMBINED BENEFIT ADMINISTRATORS; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No.: 1:05-CV-00120 AWI-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S MOTION TO DISMISS and PLAINTIFF'S MOTION FOR REMAND**<br>**[F.R.C.P. Sec 12(b)(6) and F.R.C.P. Sec. 43]** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that Defendants Motion to Dismiss For Failure to Exhaust Administrative Remedies And State A Claim Upon Which Relief Can Be Granted [F.R.C.P. Sec 12(b)(6) and F.R.C.P. Sec. 43], and Plaintiff's Motion for Remand which are currently set to be heard by the Court on May 9, 2005, be taken off calendar and continued August 8, 2005, at 1:30 p.m.  The parties are engaged in settlement negotiations, but it has taken longer than originally anticipated.

The continuance of Defendant's Motion to Dismiss will, in the event that settlement is not able to be concluded, allow Plaintiff's Motion for Remand to be heard

before Defendant's Motion to Dismiss, will also enable the Court and the parties to determine the proper jurisdiction for this matter and may furthermore result in Defendant's Motion to Dismiss being rendered Moot. This will also serve the goals of judicial economy.

It is further Stipulated and Agreed to between the parties that the Defendant's Motion to Dismiss and Plaintiff's Motion for Remand are hereby moved and to be noticed for hearing for August 8, 2005, or sometime thereafter subject to the court's calendar. All Oppositions and Responses, if any, shall be due Pursuant to Civil Local Rules 7-3(a)(c) based on any new date set.

Dated: April _____, 2005   JACOBSON, HANSON, NAJARIAN & McQUILLAN

_____/s/_____
Steven M. McQuillan, Esq.
Attorney for Defendant

Dated: April _____, 2005   RALPH HELTON & ASSOCIATES

_____/s/_____
Carrie S. McLain
Attorneys for Plaintiff

IT IS SO ORDERED.

**Dated:   April 26, 2005**          _____**/s/ Anthony W. Ishii**_____
0m8i78                                          UNITED STATES DISTRICT JUDGE

2