```
STEVEN M. MCQUILLAN (SBN 107339)
JACOBSON, HANSEN, NAJARIAN & McQUILLAN
A Professional Corporation
1690 W. Shaw Avenue, Suite 201
Fresno, California 93711
Telephone:   (559) 448-0400
Facsimile:
(559) 448-0123
```

Attorneys for Defendant, Combined Benefits Administrators

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO,<br><br>           Plaintiff,<br><br>vs.<br><br>COMBINED BENEFIT ADMINISTRATORS; and DOES 1 through 100, Inclusive,<br><br>           Defendants. | Case No.: 1:05-CV-00120 AWI-DLB<br><br>**STIPULATION AND ORDER TO REMAND**<br><br>[28 USC § 1447] |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the action shall be remanded to the Superior Court in and for the County of Stanislaus and that the action shall be continued therein under case No. 351302 upon notice by certified mail of this Order being given by the clerk of this court to the clerk of the Stanislaus Superior Court.

Dated: August 24, 2005          JACOBSON, HANSON, NAJARIAN & McQUILLAN

                                 _____/s/_____

                                 Steven M. McQuillan, Esq.
                                 Attorney for Defendant

Dated: August 25, 2005     RALPH HELTON & ASSOCIATES

_____/s/_____
Carrie S. McLain
Attorneys for Plaintiff

PURSUANT TO STIPULATION,

1. This action is REMANDED to the Superior Court in and for the County of Stanislaus;

2. The Clerk of the Court SHALL close this file; and

3. All pending motions set for hearing in this court are DENIED as moot.

IT IS SO ORDERED.

**Dated:  August 25, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                UNITED STATES DISTRICT JUDGE

2